**Order entered June 27, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00676-CR

### EX PARTE JOHN RIVELLO

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. WX19-00076-L**

## ORDER

The record has been filed in this appeal.

We **ORDER** appellant to file his brief by July 18, 2019. TEX. R. APP. P. 31.1(b). We **ORDER** the State to file its brief by August 8, 2019. *Id.* If either party fails to file a brief by the due date, the appeal may be submitted without that party's brief. In any event, the case "shall be submitted and heard at the earliest practicable time." TEX. R. APP. P. 31.2(b).

/s/    CORY L. CARLYLE
        JUSTICE